CARL C. PARSONS v. BROWN-MORSE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before March 2, 1931, with notice of argument for the 18th day of March, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CHARLES SHAFTAN v. LILLIAN M. SHAFTAN.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before March 4, 1931, with notice of argument for March 19, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN DONOVITCH v. UNITED STATES TRUCKING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed record on appeal to be served on or before March 6, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MIAMI BEACH BANK AND TRUST COMPANY v. CLARENCE P. GOLDBERG and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the records on appeal from the order of July 31, 1930, and the order of September 15, 1930, to be filed so that the appeal can be heard on or before March 20, 1931, and unless the appellant procure the record on appeal from the order of August 13, 1930, and appellant's points on said appeal to be filed on or before March 3, 1931, with notice of argument for March 20, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

FLORENCE CARR KINNE v. FRANCIS M. CAMERON.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed record on appeal to be served on or before March 16, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE ETCHCRAFT CO., INC., v. JACK C. JAFFRY and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before March 2, 1931, with notice of argument for March 17, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

PAUL MEYER v. ARMIRABLE CLOTHES CO., INC.— As an appeal lies from the amended judgment, this motion is granted, without costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST HUTCHINSON and Others.— Motion granted, and the time of the appellants within which to procure the record on appeal and appellants' points to be filed extended to and including March 25, 1931, with notice of argument for April 14, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

RHODA C. JACQUES v. SCHUYLER C. JACQUES.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.